# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Civil Action No. 14-cv-01554-RM-CBS

BENTON SMITH,

    Plaintiff,

    v.

MIDLAND FUNDING, LLC.,
a Delaware Limited Liability Company

and

MIDLAND CREDIT MANAGEMENT, Inc.
a Kansas Corporation

    Defendants,

_____

## ORDER REGARDING STIPULATION AND
## JOINT MOTION TO DISMISS WITH PREJUDICE
_____

THIS MATTER, having come before the Court upon the "Stipulation and Joint Motion to Dismiss with Prejudice" (the "Stipulation and Joint Motion") (ECF No. 30) filed jointly by the parties on December 4, 2014; and,

THE COURT, having reviewed the Stipulation and Joint Motion and the Court's file and having determined that the Stipulation and Joint Motion is meritorious and that the relief requested therein should be granted;

NOW, THEREFORE, the Stipulation and Joint Motion is hereby GRANTED. All of the

claims asserted in the captioned proceeding are hereby DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

DATED this 4th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge